IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID P. SARVEY | ) |
| | ) |
| | )  2: 11-cv-00314 |
| v. | ) |
| | ) |
| AK STEEL CORPORATION | ) |

## ORDER OF COURT

**AND NOW**, this 24th day of June, 2011, based on Plaintiff withdrawing "his common law claim of retaliation for filing a Worker's Compensation claim on Count II of the Complaint" (*Document No. 18*), the MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT (*Document No. 6*) filed by Defendant, AK Steel Corporation is **GRANTED** and Count II of Plaintiff's Complaint is dismissed in its entirety with prejudice.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Dirk D. Beuth, Esquire
Law Office of Neal Alan Sanders
Email: dbeuth@comcast.net

Neal A. Sanders, Esquire
Law Offices of Neal Sanders
Email: lonas@earthlink.net

Peter D. Post, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Email: peter.post@ogletreedeakins.com